No. 325. ANDREAS *v.* CLARK, U. S. MARSHAL. October 8, 1934. Petition for writ of certiorari to the Circuit

Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. James E. Fenton* for petitioner. No appearance for respondent.